**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROGER THOMAS CASH, | ) | No. CV 10-7606-CW |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. FAKHOURY (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 31, 2011

_____
CARLA M. WOEHRLE
United States Magistrate Judge